UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

IN RE:                                                                              CASE NO. 07-80454
COURTNEY CONSTRUCTION CO. OF ALEXAN
    Debtor(s)

## TRANSMITTAL OF UNCLAIMED FUNDS

TED BRETT BRUNSON, Trustee of this estate, reports the following:

1. Ninety days having passed since final distribution under 11 U.S.C. 726 was made in this case. Your Trustee has stopped payment on all checks remaining unpaid. The names of persons to whom such unnegotiated distribution checks were issued, the amount of such checks, and their last known addresses are:

    Freddie Lincecum                      $ 167.32
    96 A Iles Street
    Pineville, La 71360

2. Your Trustee's check for $167.32, payable to the Clerk of the Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Natchitoches, Louisiana, this 3rd day of December, 2009.

                                                                     /s/ Ted Brett Brunson
                                                                     TED BRETT BRUNSON, TRUSTEE